# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. H-13-738- |
| STEPHEN GOLDFINCH, Defendant | § | |

## MOTION TO DISMISS
_____

**TO THE HONORABLE COURT:**

The United States of America, by and through Abe Martinez, Acting United States Attorney for the Southern District of Texas, respectfully moves this Court to dismiss the Criminal Information filed in this cause, for the following reasons:

## I. Background

On November 26, 2013, the United States filed Criminal Information charging Stephen Goldfinch with one count of Misbranded Drugs, in violation of Title 21, United States Code, Section 331(a). This matter was never presented to a grand jury and no true bill was ever returned.

## II. Basis for Motion

This matter was filed under a proposed agreement which would have transferred this cause to the District of South Carolina. The transfer was never

effectively accomplished. The evidence has been destroyed and witnesses are no longer available. The Food and Drug Administration has destroyed its evidence and has requested this case to be dismissed. The United States no longer desires to prosecute this matter.

### III. Conclusion

Accordingly, the United States respectfully requests the Court to dismiss the Criminal Information filed in this cause.

>Respectfully submitted,
>
>ABE MARTINEZ, ACTING
>UNITED STATES ATTORNEY
>
>
>_____/S/_____
>Cedric L. Joubert
>Assistant United States Attorney

### Certificate of Service and Conference

The defendant has never entered an appearance in any district. Mr. Pete Strom, Attorney at Law, 2110 N. Beltline Blvd., Columbia, S.C. represents the defendant. This matter has been discussed with Mr. Strom and he does not oppose this motion. He will be notified by electronic mail at PeteStrom@StromLaw.com.

>_____/S/_____
>Cedric L. Joubert

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| v. | § | CRIMINAL NO. H-13-738 |
| **STEPHEN GOLDFINCH,**  Defendant | § | |

# ORDER

Upon consideration of the facts presented in the Motion to Dismiss the Criminal Information, the motion is **GRANTED/DENIED.** Accordingly, it is hereby;

**ORDERED** that the Criminal Information is hereby dismissed.

Done at Houston, this _____ day of _____, 201__.

_____
UNITED STATES DISTRICT JUDGE